**Karen MOORE, Plaintiff–Appellant,**

v.

**GOOGLE, INC., Defendant–Appellee.**

**No. 14–1248.**

United States Court of Appeals,
Fourth Circuit.

Submitted: April 30, 2014.

Decided: May 23, 2014.

Karen Moore, Appellant Pro Se. David Spence Cox, Womble Carlyle Sandridge & Rice, PLLC, Charleston, South Carolina, for Appellee.

Before SHEDD, FLOYD, and THACKER, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Karen Moore seeks to appeal the magistrate judge's orders requiring her to bring her case into proper order, and denying several pretrial motions. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.,* 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The orders Moore seeks to appeal are neither final orders nor appealable interlocutory or collateral orders. Accordingly, we dismiss the appeal for lack of jurisdiction. We deny Moore's motion to expedite as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*